Ronald Bowser
Colene Corbin-Bowser
17114 44th AVE W C102
Lynnwood, WA 98037
(425) 773-8685

FILED

2012 APR -5 AM 9: 10

M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY _____ DEP CLK

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re
Edward P. Sager
Attorney for Debtor

_____

Case No. 11-12240-KAO

DEBTOR(S) OBJECTION TO ATTORNEY MOTION TO WITHDRAW AS ATTORNEY
AND REQUEST THAT ANY ORDER GRANTING MOTION TO WITHDRAW BE
REVERSED

(1) Due to the notice of attorney request to withdraw as attorney has left us the
debtor(s) Ronald Bowser and Colene Corbin-Bowser without legal counsel. Without
proper legal counsel debtors have no legal defenses from current Motion for Relief from
Stay dated March 28, 2012 by the Condominium Law Group PLLC.

(2) Debtors have attempted to obtain legal counsel from two firms, but due to time
restraints and requested monies for retainment by legal firms, legal counsel has not
been obtainable.

(3) Due to the Attorney request to withdraw as Attorney representing debtor(s) has left
debtor(s) in a volatile state that could cause loss of properties.

Filed this date: April 5, 2012

Ronald Bowser

Colene Corbin-Bowser